UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:14-cr-96-FtM-38DNF

PEDRO ANTONIO GARCIA VASQUEZ

---

**ORDER**

This matter comes before the Court on the Unopposed Motion to Advance Sentencing Hearing (Doc. #25) filed on January 22, 2015. Counsel moves the Court to advance the sentencing hearing currently scheduled for February 17, 2015. As grounds, Counsel indicates there is no objection to the scoring in the pre-sentence report. Further, he has been in federal custody since October 2, 2014 and is ready to be sentenced. The Government does not object to the relief requested. The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below.

Accordingly, it is now **ORDERED**:

Unopposed Motion to Advance Sentencing Hearing (Doc. 25) is **GRANTED**. The sentencing hearing will be rescheduled for February 9, 2015 at 10:30 A.M. The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this January 23, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2